**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | October 23, 2020 | Jane K. Castro<br>Chief Deputy Clerk |

Mr. Andrew Parnes
Law Office of Andrew Parnes
671 First Avenue North
P.O. Box 5988
Ketchum, ID 83340

Ms. Ann Marie Taliaferro
Brown, Bradshaw & Moffat
422 North 300 West
Salt Lake City, UT 84103

RE:   20-4023, United States v. Jenks
      Dist/Ag docket: 2:19-CV-00094-CW, 2:15-CR-00072-CW-1

Dear Counsel:

A supplemental appendix may not be filed with a reply brief except by order of the court. *See* 10th Cir. R. 30.2(B). Within three days from the date of this letter you may file a motion for leave to file your supplemental appendix. Unless a motion is filed, the supplemental appendix will not be docketed as filed.

Also, the supplemental appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D) (note that all form requirements also apply to supplemental appendices). Specifically:

- The documents are not properly described in the table of contents. *See* 10th Cir. R. 30.1(D)(1).
- The appendix (Volume II) is not searchable. *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D), and the 10th Circuit CM/ECF User's Manual at Section III G (page 19).
- The appendix does not contain bookmarks. *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D), and the 10th Circuit CM/ECF User's Manual at Section III G (page 19).
- The bookmarks contained in the appendix do not adequately identify the pleadings. *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D), and the 10th Circuit

> CM/ECF User's Manual at Section III G (page 19). Bookmarks should clearly identify the district court docket number, the pleading name, and the date of filing in the district court (for example: 10 Response to Motion: 2/10/2013).

You must file a motion for leave to file a supplemental appendix and proper electronic supplemental appendix within three days of the date of this notice.

The reply brief that was submitted with the appendix is acceptable for filing and will be filed upon receipt of the motion for leave to file a supplemental appendix as well as the corrected supplemental appendix. However, if the corrections made to the appendix affect citations in the brief, a revised brief with corrected appendix citations will need to be submitted.

Do not file paper copies of your reply brief and supplemental appendix until the court grants your motion for leave and issues a notice the brief and appendix are compliant.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court


cc:    Elizabethanne Claire Stevens
       Ryan Davis Tenney


CMW/djd