ANDREW PARNES
Law Office of Andrew Parnes
671 First Avenue North
Post Office Box 5988
Ketchum, Idaho 83340
Telephone:  (208) 726-1010
Facsimile:   (208) 726-1187
Email: aparnes@mindspring.com

ANN M. TALIAFERRO (#8776)
BROWN BRADSHAW & MOFFAT
422 North 300 West
Salt Lake City, Utah 84101
Telephone: (801) 532-5297
Facsimile: (801) 532-5298
ann@brownbradshaw.com

Attorneys for Petitioner/Appellant

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| RICHARD JENKS, | ) |
| Petitioner/Appellant, | ) No. 20-4023 |
| vs. | ) (D.C No. 2:19-cv-0094-CW ) |
| | ) (D. Utah) |
| UNITED STATES OF AMERICA, | ) MOTION FOR PERMISSION TO |
| | ) FILE SUPPLEMENTAL |
| Respondent/Appellee. | ) APPENDIX |
| _____ | ) |

Appellant, Richard Jenks, Jr., by and through his counsel of record, Andrew Parnes, hereby moves this Court for an order permitting Appellant to file a supplemental appendix in the above-entitled matter in relation to Appellant's Reply Brief.

MOTION FOR PERMISSION TO FILE SUPPLEMENTAL APPENDIX                    1

Good cause exists for this motion as the materials contained in the supplemental appendix are necessary to respond to specific issues raised in Appellee's brief and the Appellee's sealed appendix.

First, Appellant requests permission to file a two page letter sent by Appellant to the trial court before sentencing and docketed in the underlying criminal case. (DKT. 126.) Appellee alleged in its brief that Appellant would not have accepted a plea offer and that the judge would not have accepted the plea; the handwritten letter from Appellant before sentencing is relevant to the issue of acceptance of responsibility and whether Appellant and the judge would have accepted a plea offer.

Second, Appellee submitted a sealed Appendix containing the presentence investigation report presented to the trial court before sentencing in the underlying criminal case. That report references a psychosexual evaluation, but Appellee did not include a copy of the evaluation, which was submitted as an exhibit to the probation officer's report. (DKT. 125-2.) The proposed sealed supplemental appendix contains this five page evaluation, which is necessary to address Appellee's reliance on portions of the evaluation, which were referenced in the presentence report.

Undersigned counsel attempted to contact Elizabethanne Stevens, Assistant United States Attorney, who represents Appellee, to determine if she would have any opposition to this motion, but she is not available until October 28, 2020.

For these reasons, it is respectfully requested that this Court grant the motion to

file the supplemental appendix in this matter.

Dated: October 24, 2020.

/s/ Andrew Parnes
Andrew Parnes
Attorney for Richard Jenks, Jr.

CERTIFICATION PURSUANT TO 10th Cir. RULE 25.3

I hereby certify that this document has been scanned today for viruses by the most recent version of AVG Antivirus Free. According to the program, this document is free of viruses. No hard copies of this pleading are required to be filed.

Dated: October 24, 2020.

/s/ Andrew Parnes
Andrew Parnes

CERTIFICATION PURSUANT TO 10th Cir. RULE 25.5

I hereby certify that all redactions pursuant to 10th Cir. Rule 25.5 have been made.

Dated: October 24, 2020.

/s/ Andrew Parnes
Andrew Parnes

# CERTIFICATION OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system on October 24, 2020.

Ryan Tenney and Elizabethanne Stevens, Assistant Unites States Attorneys who are a registered CM/ECF user will be served by the appellate CM/ECF system.

I further certify that some of the participants are not registered CM/ECF users. I mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participant October 24, 2020:

>Richard Jenks, Jr. 21300-081
>FCI Butner Medium II
>Federal Correctional Institution
>P.O. Box 1500
>Butner, NC  27509

>/s/Andrew Parnes
>Andrew Parnes