NO. 20-4023

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| RICHARD JENKS, | ) |
| | ) |
| Petitioner and Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant and Appellee. | ) |

On Appeal From The United States District Court, District of Utah
Honorable Clark Waddoups, Presiding, Case No. 2:19-cv-00094-CW

APPELLANT'S SUPPLEMENTAL APPENDIX

VOLUME I

ANDREW PARNES
671 First Avenue North
P. O. Box 5988
Ketchum, Idaho 83340
Tel: (208) 726-1010
Fax: (208) 726-1187
Email: aparnes@mindspring.com

ANNE MARIE TALIAFERRO
Brown, Bradshaw & Moffat
422 North 300 West
Salt Lake City, Utah 84101
Telephone: (801) 532-5297
Facsimile: (801) 532-5298
Email: ann@brownbradshaw.com

TABLE OF CONTENTS

VOLUME I

Appellant's Letter to District Court . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
2:15-cr-00072-CW-1,  Dkt. # 126, June 6, 2016

May 31, 2016

Honorable Judge Waddsup
United States District Court - District of Utah
351 South West Temple
Room 1,100
Salt Lake City, Utah - 84101

FILED
U.S. DISTRICT COURT
2016 JUN -6 ⊃ 2:55
DISTRICT OF UTAH
BY: _____ DEPUTY CLERK

Honorable Judge Waddsup    2:15cr72-001

I am, Richard Jenks Jr. Inmate #354708 Weber County Correctional Facility, Ogden, Utah. My ethnic background is American Indian from the Ute Indian Tribe, Ft. Duchesne, Utah.
 I will be lucid and succint in my letter to you. In hopes to convey my thoughts and candid feelings. I come to you with a contrite and sorrowful heart. I take complete and total responsibility for my actions. I am preparing to deal with the consequences.
 I have forgiven and hold no animosity toward anyone. Although, the Federal Bureau of Investigation agents said it would behoove me to cooperate with them, which I did, for I had nothing to hide from them. They never mentioned it during the trial.
 My parents instilled in me, Philanthropic, moral and ethical principles. Such as, forgiveness, honesty, love, respect and self-control. Our values influence our behavior priorities and relationships, as well as moral guidance

001

We give our children. Which I have tried so hard to do. I have never taken illegal drugs, for I never liked the mind-altering effects. I don't associate with gangs or belong to any gang. They represent violence and anti-social behavior. I helped our Tribe draft and ratify Gang Prevention and Anti-drug Ordinances.

1996 I rededicated my life back to Jesus and to this day I have not consumed alcohol or smoked cigarettes.

In Conclusion, I can only imagine how this has affected my family, especially my children, who I miss so dearly. If I could, I would return in time to change this situation for the better. I know I can't do that but, I'm in a position now, that I can change my future for the better. Through this experience of being incarcerated I have come to appreciate and not to take for granted my family, children and Liberties. I know it's of great importance to abide by Rules and Laws, for without it there would be lawlessness and disobedience.

And again, I love and miss my family and children. It hurts me to think, I have hurt anyone, especially my wonderful and beautiful wife and children. I pray and ask for their forgiveness.

Thank You Your Honor for taking time to read this letter. I hope it gave you a better perspective of who I am. I beseech you to have mercy on me

With respect and Honor   Randy

002

CERTIFICATE OF PRIVACY REDACTION

I hereby certify that all required privacy redactions have been made to this document.

Dated: October 24, 2020.

/s/ Andrew Parnes
Andrew Parnes

CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that this document has been scanned today for viruses by the most recent version of AVG Antivirus Security.  According to the program, this document is free of viruses.

Dated: October 24, 2020.

/s/ Andrew Parnes
Andrew Parnes

CERTIFICATE RE PAPER COPIES

I hereby certify that any required paper copies will be exact copies of the version submitted electronically.

Dated: October 24, 2020.

/s/ Andrew Parnes
Andrew Parnes

CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system on October 24, 2020.

    Ryan Tenney and Elizabethanne Stevens, Assistant United States Attorneys, who are registered CM/ECF users will be served by the appellate CM/ECF system.

    I further certify that some of the participants are not registered CM/ECF users. I mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participant on October 24, 2020.

    Richard Jenks,  21300-081
    FCI Butner Medium II
    Federal Correctional Institution
    P.O. Box 1500
    Butner, NC  27509


    /s/Andrew Parnes
    Andrew Parnes